611 A.2d 1199

Catherine M. BRENNER, Michael J. Brenner, Sarah J. Fetter, Larry Manmiller, Shirley M. Youse and Sharon L. Talarico

v.

Brenda L. MANMILLER and Samuel L. Manmiller, Appellants.

Supreme Court of Pennsylvania.

Argued Oct. 25, 1990.

Decided Sept. 2, 1992.

Scott L. Huyett, Reading, for appellants.

Jeffrey K. Sprecher, Reading, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

AND NOW, this 2nd day of September, 1992, the March 3, 1989 order of the Superior Court is reversed and remanded to the trial court for further proceedings consistent with this Court's holding in *In re: Estate of Clarence Reifsneider*, —— Pa. ——, 610 A.2d 958 (1992).

McDERMOTT, J. did not participate in the consideration or decision of this case.

NIX, C.J., dissents.